STATE, Respondent, v. GUNSALUS, et al, Appellants.

(235 N. W. 123.)

(File No. 7013. Opinion filed February 27, 1931.)

*C. J. Crandall, Jr.,* of Onida, and *T. H. Null,* of Huron, for Appellants.

*M. Q. Sharpe,* Attorney General, for Respondent.

PER CURIAM. In this case notice of appeal was served on the 27th day of September, A. D. 1929, and certified copy of such

notice was filed with the clerk of this court on the 22d day of November, 1929. On the 15th day of October, 1929, stipulation was entered into by counsel for appellants and respondent extending the time within which appellants might serve and file their printed record and brief to the 1st day of December, 1929; and on the 29th day of November, 1929, a similar stipulation was entered into extending the time within which appellants might serve and file their printed record and brief to the 1st day of January, 1930. Since said 29th day of November, 1929, no steps of any kind have been taken by appellants to prosecute the said appeal, therefore the said appeal is deemed to have been abandoned, and the judgment appealed from is affirmed.

ROBERTS, J., disqualified and not sitting.